UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CV-00113-D

UNITED STATES OF AMERICA and )
The STATE OF NORTH CAROLINA, )
)
         Plaintiffs, )
)
    v. )
)
)
COMPASSIONATE HOME CARE )      (UNDER SEAL)
SERVICES, INC., CAROL ANDERS, )
ANTHONY ANDERS, RYAN SANTIAGO,)
CHARLENA BRYANT, and TAMMY )
THOMPSON, )
)
         Defendants. )

### ORDER SEALING CIVIL CASE

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal it is hereby ORDERED that the instant civil case is sealed by the Clerk for a period of one hundred twenty (120) days or until all prejudgment writs are issued and served, whichever comes first. Until such service is made copies of all documents filed in this case be provided to the Office of the United States Attorney.

SO ORDERED. This 4 day of June 2014.

JAMES C. DEVER III
Chief United States District Judge