UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CV-113(D)

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> The STATE OF NORTH CAROLINA, <br><br> Plaintiffs, <br><br> v. <br><br> COMPASSIONATE HOME CARE <br> SERVICES, INC., CAROL ANDERS, <br> ANTHONY ANDERS, RYAN SANTIAGO, <br> CHARLENA BRYANT, and TAMMY <br> THOMPSON, <br><br> Defendants. | ORDER |

For good cause being shown upon the motion of the United States, it is hereby ORDERED that DE# 74 be sealed and remain sealed after the case has been unsealed.

SO ORDERED. This 5 day of August 2014.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge