UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:14-CV-113(D)

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NORTH CAROLINA, <br><br> Plaintiffs, <br><br> v. <br><br> COMPASSIONATE HOME CARE SERVICES, INC., CAROL ANDERS, ANTHONY ANDERS, RYAN SANTIAGO, CHARLENA BRYANT, TAMMY THOMPSON and KRIS THOMPSON, <br><br> Defendants. | ORDER TO LIFT SEAL |

For good cause being shown upon the motion of the United States, it is hereby ORDERED that the seal shall be lifted on this case with the exception of DE# 74, which is to remain sealed.

SO ORDERED. This 9 day of August 2014.

James C. Dever III
United States District Judge