IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CV-113(D)

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASSIONATE HOME CARE SERVICES, INC., CAROL ANDERS, ANTHONY ANDERS, RYAN SANTIAGO, CHARLENA BRYANT, and TAMY THOMPSON,<br><br>Defendants. | ORDER GRANTING LEAVE TO DEPOSE DEFENDANT CAROL ANDERS (FRCP RULE 30(a)(2)(B)) |

Upon consideration of the Government's Motion for Leave to Depose Incarcerated Defendant Carol Anders and memorandum of law in support thereof, it is hereby ORDERED that said Motion is GRANTED. The deposition may take place between November 17-20, 2015, or at such other time as mutually agreed upon by counsel for the plaintiff and for the defendants in this case.

SO ORDERED this __16__ day of November, 2015.

JAMES C. DEVER, III
Chief United States District Judge