IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-113-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> and STATE OF NORTH CAROLINA, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COMPASSIONATE HOME CARE ) <br> SERVICES, INC., et. al., ) <br> ) <br> Defendants. ) | **ORDER** |

On March 2, 2016, plaintiffs moved to seal certain documents filed in support of plaintiffs' motion for partial summary judgment. See [D.E. 121]. Good cause exists for the motion. See, e.g., Doe v. Pub. Citizen, 749 F.3d 246, 261–62, 265–66 (4th Cir. 2014). The motion to seal is granted.

On March 7, 2016, defendants moved to extend time to March 21, 2016, to file motions of a general nature. See [D.E. 123]. On March 8, 2016, plaintiffs responded. See [D.E. 126]. The motion lacks merit and is denied.

On March 16, 2016, plaintiffs moved to seal Carol Anders's deposition transcript. See [D.E. 132]. Good cause exists for the motion. The motion is granted.

On March 31, 2016, defendants moved to seal certain exhibits offered in opposition it the government's motion for sanctions. See [D.E. 135]. Good cause exists for the motion. The motion is granted.

On March 31, 2016, defendants moved to extend time to April 18, 2016, to respond to plaintiffs' motion for partial summary judgment. See [D.E. 137]. Plaintiffs oppose the motion. See

[D.E. 139]. The motion is granted, and the response filed on April 18, 2016, is accepted. See [D.E. 140].

On April 19, 2016, defendants moved to seal the affidavit and exhibits offered in opposition to the plaintiffs' motion for partial summary judgment. See [D.E. 141]. Good cause exists for the motion. The motion is granted.

In sum, plaintiffs' motions to seal [D.E. 121, 132] and defendants' motions to seal [D.E. 135, 142] are GRANTED. Defendants' first motion to extend time [D.E. 123] is DENIED, but defendants' motion to extend time to respond to plaintiffs' motion for partial summary judgment [D.E. 137] is GRANTED.

SO ORDERED. This 18 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge