IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-CV-113-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF NORTH CAROLINA, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| COMPASSIONATE HOME CARE SERVICES, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

This case is before the court on the consent motion (D.E. 164) by plaintiffs United States of America and State of North Carolina to excuse the United States Attorney's Office Civil Chief and the North Carolina Department of Justice Civil Chief from in-person attendance at the settlement conference scheduled for 25 April 2017 (*see* D.E. 162). Defendant Carol Anders has also filed a consent motion (D.E. 165) seeking similar relief excusing her from in-person attendance at the conference. There being no opposition to the motions and good cause having been shown, both motions are ALLOWED.

Norman Acker, Civil Chief, United States Attorney's Office for the Eastern District of North Carolina and Freeman Kirby, Civil Chief, Medicaid Investigations Division, North Carolina Department of Justice are excused from in-person attendance at the conference, but shall be available by telephone during the entire settlement conference. At the conference, the United States shall be represented in-person by Special Assistant United States Attorney Stacy Race and the State of North Carolina shall be represented in-person by Special Assistant United States Attorney Race and Lareena Phillips.

Defendant Carol Anders is excused from in-person attendance at the conference and is allowed to participate through counsel, Jonathan Wall. She shall be available by telephone at intervals during the settlement conference, to the extent possible.

Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further settlement proceedings in this case.

SO ORDERED, this 20 day of April 2017.

James E. Gates
United States Magistrate Judge