IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-CV-113-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| and STATE OF NORTH CAROLINA, ) | | |
| ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | **ORDER** |
| ) | | |
| COMPASSIONATE HOME CARE ) | | |
| SERVICES, INC., et. al., ) | | |
| ) | | |
| Defendants. ) | | |

On July 24, 2017, plaintiffs moved for summary judgment as to damages against defendants Compassionate Home Care Services, Inc., Carol Anders, and Ryan Santiago [D.E. 188–191]. Defendants did not timely respond. Instead, on August 21, 2017, defendants moved to strike the summary-judgment filings as untimely [D.E. 192–193]. On September 8, 2017, plaintiffs responded in opposition to the motion to strike [D.E. 197] and moved to amend the scheduling order to extend the deadline for filing dispositive motions [D.E. 195–196]. Plaintiffs ask the court to grant the motion and conclude that the summary-judgment motion is timely.

The court has considered the motions under the governing standards. See Fed. R. Civ. P. 16(b)(4). The court DENIES defendants' motion to strike [D.E. 192] and GRANTS plaintiffs' motion to amend the scheduling order [D.E. 195]. Defendants shall respond to plaintiffs' motion for summary judgment by September 25, 2017. If plaintiffs choose to reply, they shall do so by October 2, 2017.

SO ORDERED. This 11 day of September 2017.

                                                        JAMES C. DEVER III
                                                        Chief United States District Judge