# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

### NO. 7:14-CV-113(D)

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, | |
| **Plaintiffs,** | |
| v. | |
| COMPASSIONATE HOME CARE SERVICES, INC., CAROL ANDERS, ANTHONY ANDERS, RYAN SANTIAGO, CHARLENA BRYANT, and TAMMY THOMPSON, | **ORDER** |
| **Defendants.** | |

This matter comes before the Court on Plaintiffs' Motion to Seal Plaintiffs' Unredacted Modified Proposed Jury Instructions [D.E. 237].

For good cause having been shown, it is hereby ORDERED that this filing be SEALED.

SO ORDERED. This 20 day of June 2018.

_____
JAMES C. DEVER III
Chief United States District Judge