IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CV-113(D)

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, <br><br> Plaintiffs, <br><br> v. <br><br> COMPASSIONATE HOME CARE SERVICES, INC., CAROL ANDERS, ANTHONY ANDERS, RYAN SANTIAGO, CHARLENA BRYANT, and TAMMY THOMPSON, <br><br> Defendants. | ORDER |

This matter comes before the Court on Plaintiffs' Motion to Seal Plaintiffs' Proposed Jury Instructions [D.E. 220].

For good cause having been shown, it is hereby ORDERED that this filing be SEALED.

This **24** day of **July** 2018.

James C. Dever III
United States District Judge