UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NORTH CAROLINA, <br><br> Plaintiffs, <br><br> v. <br><br> COMPASSIONATE HOME CARE SERVICES, INC., CAROL ANDERS, RYAN SANTIAGO, CHARLENA BRYANT, and TAMMY THOMPSON, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:14-CV-113-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS in part plaintiffs' motion for partial summary judgment against defendants Compassionate Home Care Services, Inc., Carol Anders, and Ryan Santiago [D.E. 116] and holds that defendants are liable under the federal and North Carolina false claims acts. The court enters JUDGMENT against defendants Compassionate Home Care Services, Inc. and Carol Anders, jointly and severally, for $2,173,305.38, against defendants Compassionate Home Care Services, Inc., Carol Anders, and Ryan Santiago, jointly and severally, for $632,752.89, and against defendant Ryan Santiago for $115,189.92.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendants Charlena Bryant and Tammy Thompson were voluntarily dismissed on July 18, 2018 [D.E. 257].

**This Judgment Filed and Entered on August 8, 2018, and Copies To:**

| | |
|---|---|
| Christopher M. Anderson | (via CM/ECF electronic notification) |
| G. Norman Acker, III | (via CM/ECF electronic notification) |
| Joshua B. Royster | (via CM/ECF electronic notification) |
| Lareena Jones-Phillips | (via CM/ECF electronic notification) |
| Stacy M. Race | (via CM/ECF electronic notification) |
| Jonathan Wall | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

August 8, 2018　　　　　　　　　　　　　(By) /s/ Nicole Sellers

　　　　　　　　　　　　　　　　　　　　Deputy Clerk