IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-113-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF NORTH CAROLINA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| COMPASSIONATE HOME CARE SERVICES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the clerk on the motion for entry of default [DE-258] filed by plaintiffs. Therein, plaintiffs seek entry of default as to defendant Anthony Anders.

The clerk previously entered default as to defendant Anthony Anders on November 19, 2014 [DE-105]. Accordingly, the motion for entry of default [DE-258] is DENIED as MOOT.

SO ORDERED. This the _13_ day of August, 2018.

Peter A. Moore, Jr.
Clerk of Court