UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> STATE OF NORTH CAROLINA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> COMPASSIONATE HOME CARE SERVICES, ) <br> INC., CAROL ANDERS, RYAN SANTIAGO, ) <br> CHARLENA BRYANT, TAMMY THOMPSON, ) <br> and ANTHONY ANDERS, ) <br> ) <br> Defendants. ) | **DEFAULT JUDGMENT** <br> **CASE NO. 7:14-CV-113-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** in accordance with the court's order entered August 31, 2018, and for the reasons set forth more specifically therein, that plaintiff's Motion for Default Judgment is granted. JUDGMENT IS ENTERED against defendant Anthony Anders, jointly and severally with Compassionate Home Care Services, Inc. and Carol Anders, for $1,540,880.77.

**This Judgment Filed and Entered on August 31, 2018, and Copies To:**

| | |
|---|---|
| Christopher M. Anderson | (via CM/ECF electronic notification) |
| G. Norman Acker, III | (via CM/ECF electronic notification) |
| Joshua B. Royster | (via CM/ECF electronic notification) |
| Lareena Jones-Phillips | (via CM/ECF electronic notification) |
| Stacy M. Race | (via CM/ECF electronic notification) |
| Jonathan Wall | (via CM/ECF electronic notification) |

DATE:  
August 31, 2018

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk