UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-113(D)

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF NORTH CAROLINA, Plaintiffs, | ) ) ) ) |
| v. | ) ORDER ALLOWING U.S. MARSHAL ) TO REMOVE OCCUPANTS BY |
| COMPASSIONATE HOME CARE SERVICES, INC., CAROL ANDERS, RYAN SANTIAGO, CHARLENA BRYANT, TAMMY THOMPSON, and ANTHONY ANDERS, Defendants. | ) NECESSARY AND REASONABLE ) FORCE AND TO SECURE ) PROPERTY ) ) ) |

Upon Motion by the United States of America and the State of North Carolina, it is hereby ORDERED that the United States Marshal and his deputies are authorized and directed to take all actions, including the use of force, that are reasonably necessary to remove persons occupying a property subject to writ of execution [D.E. 282 – 290] who fails to vacate the property immediately and permanently upon request by the United States Marshal and his deputies. Any person occupying a property subject to a writ of execution [D.E. 282 – 290], shall take with him or her all personal property as directed by the United States Marshal and his deputies (but leaving all improvements, buildings, fixtures, and appurtenances to the property). If any person fails or refuses to remove his or her personal property as directed by the United States Marshal and his deputies, such personal property shall be deemed forfeited and abandoned, and the United States Marshal and his deputies are authorized to remove it and to dispose of it in any manner they see fit, including

1

sale, in which case the proceeds of the sale are to be applied first to the expenses of sale and the balance to be paid into the Court for further distribution in connection with the judgment in this case.

IT IS FURTHER ORDERED that the United States Marshal and his deputies shall take all steps reasonably necessary to secure and protect the properties subject to the writs of execution [D.E. 282 – 290].

SO ORDERED. This the __14__ day of June 2019.

JAMES C. DEVER III
United States District Judge