UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-113(D)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and | ) | |
| The STATE OF NORTH CAROLINA, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **AGREED ORDER FOR** |
| COMPASSIONATE HOME CARE | ) | **PAYMENT as to** |
| SERVICES, INC., CAROL ANDERS, | ) | **Ryan Santiago** |
| RYAN SANTIAGO, CHARLENA | ) | |
| BRYANT AND TAMMY THOMPSON, | ) | |
| Defendants. | ) | |

The Plaintiffs, by and through the United States Attorney for the Eastern District of North Carolina, and the Defendant, Ryan Santiago, by and through his counsel, William E. Brewer, Jr., agree and stipulate as follows:

1.    The Defendant, Ryan Santiago, SSN XXX-XX-2442, resides in Greensboro, North Carolina.

2.    A Judgment was entered against the Defendant, on August 8, 2018, in this action in the amount of $632,752.89 joint and several and $115,189.82 additionally individually.   The total balance due on the Judgment is $472,757.74 as of December 22, 2020.

3.    The Defendant waives services of Notice of the Application for this Order of payment pursuant to the Federal Debt Collection Procedures Act of 1990 (FDCPA) and any other process to which the Defendant may be entitled under the FDCPA.

4.    The parties therefore agree and stipulate to the entry of this Agreed Order for Payment against the Defendant.   It is expressly agreed and stipulated to by the

parties that the Defendant shall pay to the United States the total sum of $300.00 per month, beginning on or before May 10, 2021, and continuing each month thereafter until the debt is paid in full or until the payment is modified based upon a yearly review of the Defendant's financial condition. Checks should be made payable to: U.S. DEPARTMENT OF JUSTICE and mailed to:

> U. S. Attorneys Office
> 150 Fayetteville Street, Suite 2100
> Raleigh, NC   27601

5.      Nothing in this agreement prevents the Plaintiff from pursuing administrative offsets, including that by Internal Revenue Service as allowed by law, and the Defendant specifically consents to the offset.   Any payments applied to this claim by the U.S. Treasury as a result of treasury offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

6.      The Defendant hereby knowingly waives any rights that he may have under 28 U.S.C. § 3205(c)(9) to any automatic accounting. In the event the above recovery is not sufficient to pay the debt in full and the Defendant becomes delinquent on the agreed payments, the U.S. shall be entitled to pursue any and all remedies to collect such debt as are allowed by law.

APPROVED AND SO ORDERED this **26** day of April, 2021.


JAMES C. DEVER III
United States District Judge

CONSENTED TO:

_Lauren A. Golden_     DATE: _2/22/2021_

LAUREN A. GOLDEN
Assistant United States Attorney


_[signature]_     DATE: _1/27/2021_

RYAN SANTIAGO
Judgment Defendant


/s/ William E. Brewer, Jr.     DATE:   02/21/2021

WILLIAM E. BREWER, JR.
Attorney for Defendant